UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

YVONNE M. COLE         CIVIL ACTION NO.: 5:21-CV-00068

VERSUS

STATE OF LOUISIANA,
DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS
DAVID WADE CORRECTIONAL CENTER

## MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, **YVONNE M. COLE**, a resident of and domiciled in the Parish of Arcadia, State of Louisiana, to wit:

1.

Plaintiff moves to dismiss the above referenced matter with prejudice.

**WHEREFORE**, **PLAINTIFF**, **YVONNE M. COLE**, prays that the above referenced matter be dismissed with prejudice.

Respectfully submitted,

**LAW OFFICE OF MALCOLM X. LARVADAIN**

By: s/Malcolm X. Larvadain
    Malcolm X. Larvadain, La. Bar # 26,066
    **ATTORNEY FOR PLAINTIFF**
    626 Eighth Street
    Alexandria, Louisiana 71301
    TEL. (318) 445-3533
    FAX. (318) 445-4030

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

**YVONNE M. COLE**                    **CIVIL ACTION NO.: 5:21-CV-00068**

**VERSUS**

**STATE OF LOUISIANA,**
**DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS**
**DAVID WADE CORRECTIONAL CENTER**

**ORDER**

**CONSIDERING THE FOREGOING:**

**IT IS HEREBY ORDERED** that the above referenced matter is dismissed with prejudice.

Order signed on _____.

_____
**JUDGE**